THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
FEB 21 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIMESHARE HELP SOURCE, LLC, and EDUARDO BALDERAS,<br><br>Defendants. | Case No. DR-23-CV-35-AM |

## ORDER

It is **ORDERED** that, consistent with Andrew Perrong's (the "Plaintiff") Entry of Appearance [ECF No. 118], the Court allows the Plaintiff to appear in this matter pro se.

SIGNED and ENTERED on this 21st day of February 2024.

_____
ALIA MOSES
Chief United States District Judge