**FILED**

**MAR 14 2024**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____AO_____
                      DEPUTY

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIMESHARE HELP SOURCE, LLC, and EDUARDO BALDERAS,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 2:23-CV-35-AM<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

It is **ORDERED** that Timeshare Help Source, LLC inform the Court by March 29, 2024 inclusive whether it will retain counsel in this case; and

It is **FURTHER ORDERED** that the Clerk of the Court serve this order on Timeshare Help Source, LLC's registered agent, C T Corporation System, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112.

SIGNED and ENTERED on this 14th day of March, 2024.

_____
ALIA MOSES
Chief United States District Judge