DR-23-CV-035

